## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SPECIALTY PACKAGING HOLDINGS, INC.,** *et al.*,[1] | ) | **Case No. 10-10142(KG)** |
| | ) | |
| Debtors. | ) | **(Joint Administration Requested)** |
| | ) | Related to Doc. No. 31 |

## ORDER SHORTENING NOTICE AND SCHEDULING EXPEDITED HEARING ON SALE MOTION TO ESTABLISH AUCTION PROCEDURES

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order shortening the notice period and scheduling an expedited hearing on the auction procedures requested in their *Motion Of Debtors For Order: (A) Authorizing The Sale Of Substantially All Assets Of Certain Debtors Pursuant To 11 U.S.C. § 363, (B) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365, (C) Establishing Auction Procedures For Sale And Assignment/Assumption, (D) Approving Bid Protections; (E) Setting Date Of Auction And Date Of Sale Hearing; And (F) Approving Form Of Notice And Related Relief* (the "**Sale Motion**"), and after due deliberation and finding good cause therefore, it is hereby:

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Specialty Packaging Holdings, Inc. (7942), The Specialty Packaging Group, Inc. (6668), Cosmetics Specialties, Inc. (0826), Cosmolab, Inc. (1367), Cosmetics Specialties East, LLC (0313), and Cosmolab New York, Inc. (2222). The primary mailing address for the Debtors is: 1100 Garrett Parkway, Lewisburg, TN 37091

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

1. ORDERED that an expedited hearing is set for  February 4 , 2010 at 2:00 p.m. (Eastern Time), for consideration of the relief related to the Bidding Procedures Order and the Auction Procedures being requested in connection with the *Motion Of Debtors For Order: (A) Authorizing The Sale Of Substantially All Assets Of Certain Debtors Pursuant To 11 U.S.C. § 363, (B) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365, (C) Establishing Auction Procedures For Sale And Assignment/Assumption, (D) Approving Bid Protections; (E) Setting Date Of Auction And Date Of Sale Hearing; And (F) Approving Form Of Notice And Related Relief* (the "**Sale Motion**"). The place of the hearing shall be the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801; and it is further

2. ORDERED that the deadline for objections to relief requested in connection with the Bidding Procedures Order and related Auction Procedures requested in the Sale Motion shall be  February 1 , 2010 at 4:00 p.m. (Eastern Time). Objections, if any, must (a) be in writing and filed with this Court and served upon the following: (i) Cosmolab, Inc., Attn: Michael J. Musso, 1100 Garrett Parkway, Lewisburg, Tennessee 37091; (ii) counsel for the Debtors, Frost Brown Todd LLC, Attn: Robert A. Guy, Jr., Esq., 424 Church Street, Suite 1600, Nashville, Tennessee 37219-2308; (iii) local counsel for the Debtors, Domenic E. Pacitti, Klehr Harrison Harvey Branzburg LLP, 919 N. Market St., Ste. 1000, Wilmington, Delaware 19801, (iv) counsel for Bank of America, Mayer Brown LLP, Attn: Thomas S. Kiriakos, Esq., 71 South Wacker Drive, Chicago, Illinois 60606-4637; (v) local counsel for Bank of America, Edwards Angell Palmer & Dodge LLP, Attn: Stuart M. Brown, 919 North Market Street, 15th Floor, Wilmington, Delaware 19801; (vi) counsel for the Buyer, Timothy T. Brock, Esq., Satterlee Stephens Burke & Burke, LLP, 230 Park Avenue, Suite 1130, New York, NY 10169; (vii)

counsel for the Committee; and, (viii) the Office of the United States Trustee for District of Delaware, Attn: Thomas Patrick Tinker, 844 King Street, Room 2313, Wilmington, DE 19801; and (b) comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court.

Dated: January 21, 2010
Wilmington, Delaware

UNITED STATES BANKRUPTCY JUDGE

DEL1 73762-1