**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 10-10142 (KG) |
| **SPECIALTY PACKAGING HOLDINGS, INC.,** *et al.*,[1] | ) ) ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 4, 2010 AT 2:00 P.M.**

**THIS HEARING HAS BEEN CANCELLED**

CONTINUED MATTERS:

1. Motion of the Debtors for Entry of an Order (I) Approving Continued Use of Existing Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving Certain Requirements of the United States Trustee, and (IV) Waiving the Requirements of 11 U.S.C. §345(b) [Docket No. 5; Filed on 1/20/2010]

    Related Documents:

    A. (Interim) Order (I) Approving Continued Use of Existing Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving Certain Requirements of the United States Trustee, and (IV) Waiving the Requirements of 11 U.S.C. §345(b) [Docket No. 36; Filed on 1/21/2010]

    B. Notice of Entry of Interim Order and Final Hearing [Docket No. 49; Filed on 1/22/2010]

    Response Deadline: February 1, 2010 at 4:00 p.m. (other than the Committee, for which an extension has been granted)

    Responses Received: No responses have been filed.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Specialty Packaging Holdings, Inc. (7942), The Specialty Packaging Group, Inc. (6668), Cosmetics Specialties, Inc. (0826), Cosmolab, Inc. (1367), Cosmetics Specialties East, LLC (0313), and Cosmolab New York, Inc. (2222). The primary mailing address for the Debtors is: 1100 Garrett Parkway, Lewisburg, TN 37091.

Status: This matter has been continued until February 18, 2010 at 12:00 p.m.

2. Motion of the Debtors for Entry of Interim and Final Orders Authorizing Payment of Certain Prepetition Claims of Essential Suppliers [Docket No. 8; Filed on 1/20/2010]

   Related Documents:

   A. (Interim) Order Authorizing Payment of Certain Prepetition Claims of Essential Suppliers [Docket No. 39; Filed on 1/21/2010]

   B. Notice of Entry of Interim Order and Final Hearing [Docket No. 48; Filed on 1/22/2010]

   Response Deadline: February 1, 2010 at 4:00 p.m. (other than the Committee, for which an extension has been granted)

   Responses Received: No responses have been filed.

   Status: This matter has been continued until February 18, 2010 at 12:00 p.m.

3. Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§105, 361, 362 and 364; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §363, (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§361, 362, 363 and 364 and (V) Scheduling Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis Pursuant to Bankruptcy Rule 4001 [Docket No. 14; Filed on 1/20/2010]

   Related Documents:

   A. Interim Financing Order (I) (A) Regarding Postpetition Financing; (B) Use of Cash Collateral; (C) Superpriority Liens and Claims; and (D) Adequate Protection; and (II) Scheduling and Establishing Deadlines Relating to a Final Hearing on Such Matters [Docket No. 43; Filed on 1/21/2010]

   B. Notice of Entry of Interim Order and Final Hearing [Docket No. 50; Filed on 1/22/2010]

   Response Deadline: February 1, 2010 at 4:00 p.m. (other than the Committee, for which an extension has been granted)

   Responses Received: No responses have been filed.

Status: This matter has been continued until February 9, 2010 at 3:00 p.m.

4. Motion of Debtors for Order: (A) the Sale of Substantially All Assets of Certain Debtors Pursuant to 11 U.S.C. §363, (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. §365, (C) Establishing Auction Procedures for Sale and Assignment/Assumption, (D) Approving Bid Protections; (E) Setting Date of Auction and Date of Sale Hearing; and (F) Approving Form of Notice and Related Relief [Docket No. 30; Filed on 1/20/2010]

   Related Documents:

   A. Motion to Allow Shortened Notice and Set Expedited Hearing on Sale Motion to Establish Auction Procedures [Docket No. 31; Filed on 1/21/2010]

   B. Order Shortening Notice and Scheduling Expedited Hearing on Sale Motion to Establish Auction Procedures [Docket No. 44; Filed on 1/21/2010]

   C. Notice of Entry of Interim Order and Final Hearing [Docket No. 48; Filed on 1/22/2010]

   Response Deadline: February 1, 2010 at 4:00 p.m. (other than the Committee, for which an extension has been granted)

   Responses Received: No responses have been filed.

   Status: This matter has been continued until February 9, 2010 at 3:00 p.m.

Dated: February 2, 2010          Respectfully submitted,

By: */s/ Domenic E. Pacitti*
Domenic E. Pacitti (Bar No. 3989)
Michael Yurkewicz (Bar No. 4165)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: 302.426.1189
Facsimile: 302.426.9193
E-mail: dpacitti@klehr.com
E-mail: myurkewicz@klehr.com

   *- and -*

Robert A. Guy, Jr.
J. Matthew Kroplin
FROST BROWN TODD LLC
424 Church Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615.251.5550
Facsimile: 615.251.5551
E-mail: bguy@fbtlaw.com
E-mail: mkroplin@fbtlaw.com

   *- and -*

Ronald E. Gold
Beth A. Buchanan
Lindsey F. Baker
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513.651.6800
Facsimile: 513.651.6981
E-mail: rgold@fbtlaw.com
E-mail: bbuchanan@fbtlaw.com
E-mail: lbaker@fbtlaw.com

**PROPOSED CO-COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**