## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPECIALTY PACKAGING HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 10-10142 (KG) |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

**AMENDED** NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 9, 2010 AT 3:00 P.M.

UNCONTESTED MATTERS:

1. Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§105, 361, 362 and 364; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §363, (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§361, 362, 363 and 364 and (V) Scheduling Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis Pursuant to Bankruptcy Rule 4001 [Docket No. 14; Filed on 1/20/2010]

    Related Documents:

    A. Interim Financing Order (I) (A) Regarding Postpetition Financing; (B) Use of Cash Collateral; (C) Superpriority Liens and Claims; and (D) Adequate Protection; and (II) Scheduling and Establishing Deadlines Relating to a Final Hearing on Such Matters [Docket No. 43; Filed on 1/21/2010]

    B. Notice of Entry of Interim Order and Final Hearing [Docket No. 50; Filed on 1/22/2010]

    C. Agreed Order (I) Extending the Debtors' Authorization Under the Interim Financing Order (A) Regarding Postpetition Financing; (B) Use of Cash Collateral; (C) Superpriority Liens and Claims; and (D) Adequate Protection; and (II) Scheduling and Establishing Deadlines Relating to a Final Hearing on Such Matters [Docket No. 78; Filed on 2/4/2010]

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Specialty Packaging Holdings, Inc. (7942), The Specialty Packaging Group, Inc. (6668), Cosmetics Specialties, Inc. (0826), Cosmolab, Inc. (1367), Cosmetics Specialties East, LLC (0313), and Cosmolab New York, Inc. (2222). The primary mailing address for the Debtors is: 1100 Garrett Parkway, Lewisburg, TN 37091.

Response Deadline: February 1, 2010 at 4:00 p.m. (other than the Committee, for which an extension has been granted)

Responses Received: No responses have been filed.

Status: This matter will go forward.

2. Motion of Debtors for Order: (A) the Sale of Substantially All Assets of Certain Debtors Pursuant to 11 U.S.C. §363, (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. §365, (C) Establishing Auction Procedures for Sale and Assignment/Assumption, (D) Approving Bid Protections; (E) Setting Date of Auction and Date of Sale Hearing; and (F) Approving Form of Notice and Related Relief [Docket No. 30; Filed on 1/20/2010]

   Related Documents:

   A. Motion to Allow Shortened Notice and Set Expedited Hearing on Sale Motion to Establish Auction Procedures [Docket No. 31; Filed on 1/21/2010]

   B. Order Shortening Notice and Scheduling Expedited Hearing on Sale Motion to Establish Auction Procedures [Docket No. 44; Filed on 1/21/2010]

   C. Notice of Entry of Interim Order and Final Hearing [Docket No. 48; Filed on 1/22/2010]

   Response Deadline: February 1, 2010 at 4:00 p.m. (other than the Committee, for which an extension has been granted)

   Responses Received: No responses have been filed.

   Status: This matter will go forward.

**3. Emergency Motion of Debtors for Relief Supplemental to Bid Procedures [Docket No. 80; Filed on 2/5/2010]**

   **Related Documents:**

   **A. Debtors' Motion to Shorten Notice with Respect to Emergency Motion of Debtors for Relief Supplemental to Bid Procedures [Docket No. 81; Filed on 2/5/2010]**

   **B. Order Granting Debtors' Motion to Shorten Notice with Respect to the Emergency Motion of Debtors for Relief**

**Supplemental to Bid Procedures [Docket No. 82; Filed on 2/5/2010]**

**Response Deadline:** Time of hearing.

**Responses Received:** None to date.

**Status:** This matter will go forward.

Dated: February 5, 2010                     Respectfully submitted,

By:    */s/ Domenic E. Pacitti*
       Domenic E. Pacitti (Bar No. 3989)
       Michael Yurkewicz (Bar No. 4165)
       KLEHR HARRISON HARVEY BRANZBURG LLP
       919 North Market Street, Suite 1000
       Wilmington, Delaware 19801-3062
       Telephone: 302.426.1189
       Facsimile: 302.426.9193
       E-mail: dpacitti@klehr.com
       E-mail: myurkewicz@klehr.com

       - and -

       Robert A. Guy, Jr.
       J. Matthew Kroplin
       FROST BROWN TODD LLC
       424 Church Street, Suite 1600
       Nashville, Tennessee 37219
       Telephone: 615.251.5550
       Facsimile: 615.251.5551
       E-mail: bguy@fbtlaw.com
       E-mail: mkroplin@fbtlaw.com

       - and -

       Ronald E. Gold
       Beth A. Buchanan
       Lindsey F. Baker
       FROST BROWN TODD LLC
       2200 PNC Center
       201 East Fifth Street
       Cincinnati, Ohio 45202
       Telephone: 513.651.6800
       Facsimile: 513.651.6981
       E-mail: rgold@fbtlaw.com
       E-mail: bbuchanan@fbtlaw.com
       E-mail: lbaker@fbtlaw.com

       **PROPOSED CO-COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**