# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 10-10142 (KG) |
| **SPECIALTY PACKAGING HOLDINGS, INC.,** | ) | |
| *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ENTRY OF ORDER: (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL ASSETS OF CERTAIN DEBTORS PURSUANT TO 11 U.S.C. § 363(B), (F) AND (M); (B) AUTHORIZING THE ASSUMPTION AND ASSIGNEMNT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365; AND (C) AUTHORIZING THE CHANGE OF NAMES OF CERTAIN DEBTORS**

    **PLEASE TAKE NOTICE** that, on March 23, 2010, in accordance with the *Order Establishing Auction Procedures to Sell Substantially All Assets of Certain Debtors and to Assume and Assign Certain Executory Contracts and Unexpired Leases; (B) Approving Bid Protections; (C) Setting Date of Auction; (D) Setting Sale Hearing; and (E) Approving Form of Notice* [Docket No. 91], the Debtors held an auction (the "**Auction**") for the sale of substantially all assets of Cosmetics Specialties, Inc., Cosmolab, Inc. and Cosmolab New York, Inc. (collectively, the "**Selling Debtors**") and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors (the "**Sale**"). At the conclusion of the Auction, the Debtors selected the final bid of All4 Cosmetics, Inc. as the highest and best bid at the Auction.

    **PLEASE TAKE FURTHER NOTICE** that, a hearing to approve the Sale (the "**Sale Hearing**") was held before the Honorable Kevin Gross, United States Bankruptcy Judge for the United States Bankruptcy Court, District of Delaware (the "**Bankruptcy Court**"), on March 24, 2010. Following the Sale Hearing, the Bankruptcy Court entered an *Order: (A) Authorizing The Sale Of Substantially All Assets Of Certain Debtors Pursuant To 11 U.S.C. § 363(B), (F) And (M); (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365; And (C) Authorizing The Change Of Names Of Certain Debtors* [Docket No. 210] (the "**Sale Order**")[2] approving the Sale to All4 Cosmetics, Inc. (the "**Buyer**"). The Sale Order provides, in part:

- Buyer is acting in "good faith" and shall be entitled to the protection of section 363(m) of the Bankruptcy Code as to all aspects of the transaction pursuant to the Purchase Agreement if this Order or any authorization contained herein is reversed or modified on appeal.

- Pursuant to Section 363(f) of the Bankruptcy Code, title to the Purchased Assets shall be transferred to Buyer free and clear of any and all liens, claims, interests, encumbrances, and successor liabilities to the maximum extent permitted by law (collectively, as defined in the Purchase Agreement and including any successor liabilities, "**Claims and Encumbrances**"), with all such liens, claims, interests, and encumbrances to attach to the proceeds that the Selling Debtors receive under the Purchase Agreement (the "**Sale Proceeds**") in the order of their priority, and with the same validity, force and effect that they now have as against the Purchased Assets, subject to any claims and defenses that the Debtors may possess with respect thereto, and, specifically, the net Sale Proceeds shall be paid to Bank of America, N.A. ("**BANA**") at the time of the consummation of the Sale for application against any obligations arising under any debtor-in-possession financing facility and, to the extent applicable, for provisional payment of pre-petition obligations owing to BANA, but subject in all respects to the scope of any "carve-out" set forth in any pertinent order

---

[1] The "**Debtors**" in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Specialty Packaging Holdings, Inc. (7942), The Specialty Packaging Group, Inc. (6668), Cosmetics Specialties, Inc. (0826), Cosmolab, Inc. (1367), Cosmetics Specialties East, LLC (0313), and Cosmolab New York, Inc. (2222). The primary mailing address for the Debtors is: 1100 Garrett Parkway, Lewisburg, TN 37091.

[2] Unless otherwise defined herein, capitalized terms used in this Notice shall have the meaning ascribed to them in the Sale Order.

approving any such debtor-in-possession financing. To the maximum extent permitted by law, Buyer shall have no liability or responsibility for any liability or other obligation of the Debtor arising under or related to the Purchased Assets other than as expressly set forth in this Order and in the Purchase Agreement.

- The Debtors may assume the Assumed Contracts and assign each of them to the Buyer pursuant to section 365 of the Bankruptcy Code free and clear of all Claims and Encumbrances. . . . The Debtors and the Buyer reserve the right to add or delete contracts or leases from the list of Assumed Contracts up to the Closing Date. The assumption and assignment of any Assumed Contract shall not be binding on the Debtors or the Buyer until the Debtors file a Notice of Closing, which shall be filed within two business days after completion of the Closing and shall be served on all counter-parties to the Assumed Contracts.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Sale Order is available on **www.kccllc.net/sph** or may be obtained upon written request to Debtors' counsel.

Dated: March 29, 2010

Respectfully submitted,

By: */s/ Domenic E. Pacitti*
Domenic E. Pacitti (Bar No. 3989)
Michael Yurkewicz (Bar No. 4165)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: 302.426.1189
Facsimile: 302.426.9193
E-mail: dpacitti@klehr.com
E-mail: myurkewicz@klehr.com

  *- and -*

Robert A. Guy, Jr.
J. Matthew Kroplin
FROST BROWN TODD LLC
424 Church Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615.251.5550
Facsimile: 615.251.5551
E-mail: bguy@fbtlaw.com
E-mail: mkroplin@fbtlaw.com

  *- and -*

Ronald E. Gold
Beth A. Buchanan
Lindsey F. Baker
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513.651.6800
Facsimile: 513.651.6981
E-mail: rgold@fbtlaw.com
E-mail: bbuchanan@fbtlaw.com
E-mail: lbaker@fbtlaw.com
**ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION**